# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137015

GLYNN LATERREL WELLS,

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

SC: 137015
CoA: 285062

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of August 5, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2008

_____
Clerk

jm